**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Shane Logsdon,

       Plaintiff,                      Civil No. 09-183 (RHK/RLE)

vs.                              **DISQUALIFICATION AND**
                                    **ORDER FOR REASSIGNMENT**
St. Paul Police Department, Central
District (LEC),

       Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: January 30, 2009

                                                      s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge