UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Shane Logsdon,　　　　　　　　　　　　　　　　　Civ. No. 09-183 (PAM/RLE)

　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　**ORDER**

St. Paul Police Department Central
District (LEC), Erik M. Johnson,
and Kenneth Reginek,

　　　　　　Defendants.

---

This matter is before the Court on Chief Magistrate Judge Erickson's Report and Recommendation ("R&R"). In the R&R, Magistrate Judge Erickson recommended that Defendants' Motion to Dismiss, or for Summary Judgment be granted. The parties had until March 12, 2010, to file any objections. No objections were filed. Therefore, the Court therefore **ADOPTS** the R&R (Docket No. 27).

Accordingly, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss, or for Summary Judgment (Docket No. 15) is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:　March 16, 2010

　　　　　　　　　　　　　　　　　　s/Paul A. Magnuson
　　　　　　　　　　　　　　　　　　Paul A. Magnuson
　　　　　　　　　　　　　　　　　　United States District Court Judge